UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-284-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | ORDER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JEREMY TERRELL LEWIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Modify Sentence, (Doc. No. 59).

On January 24, 2020, at Defendant's Final Supervised Release Revocation Hearing, this Court sentenced Defendant to 37 months of imprisonment, followed by 23 months of supervised release. This Court has not yet entered a final judgment. On January 28, 2020, Defendant filed, through counsel, the pending motion to modify sentence, in which Defendant has asked for this Court to resentence him to 60 months of imprisonment, to be followed by no further term of supervised release. The Government does not object to Defendant's motion.

The Court denies Defendant's Consent Motion to Modify Sentence, (Doc. No. 59), as the sentence imposed is the correct and appropriate sentence.

Signed: January 31, 2020

Max O. Cogburn Jr.
United States District Judge