UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-284-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JEREMY TERRELL LEWIS, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se Emergency Motion for Compassionate Release. (Doc. No. 88).

**ORDER**

**IT IS ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Max O. Cogburn Jr.
United States District Judge

1